STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant MANRIQUEZ ALCANTARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>  )<br>MIGUEL MANRIQUEZ ALCANTARA,  )<br>  )<br>      Defendant.  )<br>  )<br>_____) | No. CR 15-130 JD<br><br><br><br>STIPULATED REQUEST TO PERMIT<br>TRAVEL AND [~~PROPOSED~~] ORDER |

The parties jointly request and stipulate that the release conditions in this case be MODIFIED to permit Mr. Manriquez to travel to Palmdale, CA between April 3 and April 5, 2015,, provided that he give itinerary and contact information to Pretrial Services in advance of travel and as directed thereafter.  The Pretrial Services Agency may permit reasonable changes to the schedule.

The purpose of Mr. Manriquez Alcanatara's requested travel is to spend the Easter holiday with the family of his significant other.  Pretrial Services has advised counsel that they do not object to this request.  On March 20, 2015 Mr. Manriquez Alcantara pleaded guilty to a single count of Production of a False Identification Document, in violation of 18 U.S.C. § 1028(a)(1), (b)(1)(A)(ii) and (c)(3)(A).

Stip. to Permit Travel

DATED: April 1, 2015        /s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: April 1, 2015        /s/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Miguel Manriquez Alcantara

## ORDER

Based on the reasons provided in the stipulation of the parties above,

it is hereby ORDERED that the release conditions in this case be MODIFIED to permit Mr. Manriquez to travel to Palmdale, CA between April 3 and April 5, 2015, provided that he give itinerary and contact information to Pretrial Services in advance of travel and as directed thereafter.

Date: 4/1/15        _____
Hon. Kandis A. Westmore
United States Magistrate Judge