STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant MANRIQUEZ ALCANTARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00130 JD |
| Plaintiff, | |
| v. | |
| | STIPULATED REQUEST TO PERMIT TRAVEL AND [PROPOSED] ORDER |
| MIGUEL MANRIQUEZ ALCANTARA, | |
| Defendant. | |

The parties jointly request and stipulate that the release conditions in this case be MODIFIED to permit Mr. Manriquez to travel to Palmdale, CA between July 10 and July 12, 2015, provided that he give itinerary and contact information to Pretrial Services in advance of travel and as directed thereafter.

The purpose of Mr. Manriquez Alcanatara's requested travel is to spend time with the family of his significant other.  Pretrial Services has advised counsel that they do not object to this request.  On March 20, 2015 Mr. Manriquez Alcantara pleaded guilty to a single count of Production of a False Identification Document, in violation of 18 U.S.C. § 1028(a)(1), (b)(1)(A)(ii) and (c)(3)(A).  This court has approved travel by Mr. Manriquez to Palmdale in the past, including a prior travel request in May.  However, Mr. Manriquez Alcanatara's significant

Stip. to Permit Travel

1  other was unable to take time off work in May so they did not go to Palmdale at that time.

3
4  DATED: July 8, 2015                    /s/
                                          SUSAN KNIGHT
                                          Assistant United States Attorney

8  DATED: July 8, 2015                    /s/
                                          ELLEN LEONIDA for
9                                         JOHN PAUL REICHMUTH
                                          Assistant Federal Public Defender
10                                        Counsel for Miguel Manriquez Alcantara

## ORDER

Based on the reasons provided in the stipulation of the parties above, it is hereby ORDERED that the release conditions in this case be MODIFIED to permit Mr. Manriquez to travel to Palmdale, CA, between July 10 and July 12, 2015, provided that he give itinerary and contact information to Pretrial Services in advance of travel and as directed thereafter.

Date: 7/9/15                              _____
                                          Hon. Kandis A. Westmore
                                          United States Magistrate Judge

Stip. to Permit Travel                    2