STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MANRIQUEZ ALCANTARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MIGUEL MANRIQUEZ ALCANTARA,<br><br>   Defendant. | No. CR 15-130-JD<br><br>STIPULATED REQUEST TO PERMIT TRAVEL AND [~~PROPOSED~~] ORDER |

The parties jointly request and stipulate that the release conditions in this case be MODIFIED to permit Mr. Manriquez to travel to Palmdale, CA between August 7 and August 10, 2015, provided that he give itinerary and contact information to Pretrial Services in advance of travel and as directed thereafter.

The purpose of Mr. Manriquez Alcanatara's requested travel is to spend time with the family of his significant other. Pretrial Services has advised counsel that they do not object to this request. On March 20, 2015 Mr. Manriquez Alcantara pleaded guilty to a single count of Production of a False Identification Document, in violation of 18 U.S.C. § 1028(a)(1), (b)(1)(A)(ii) and (c)(3)(A). This court has approved travel by Mr. Manriquez to Palmdale in the past.

Stip. to Permit Travel

DATED: August 5, 2015            /s/
                                 SUSAN KNIGHT
                                 Assistant United States Attorney


DATED: August 5, 2015            /s/
                                 JOHN PAUL REICHMUTH
                                 Assistant Federal Public Defender
                                 Counsel for Miguel Manriquez Alcantara

# ORDER

Based on the reasons provided in the stipulation of the parties above,

it is hereby ORDERED that the release conditions in this case be MODIFIED to permit Mr. Manriquez to travel to Palmdale, CA, between August 7 and August 10, 2015, provided that he give itinerary and contact information to Pretrial Services in advance of travel and as directed thereafter.

Date: 8/6/15                     _____
                                 Hon. Kandis A. Westmore
                                 United States Magistrate Judge