# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: September 17, 2015　　　　　　　　　　　　　　　Judge: Hon. James Donato

Court Reporter: Kathy Wyatt
Time: 32 Minutes
Case No.　　**CR-15-130-JD-1**
Case Name　**USA v. Miguel Manriquez-Alcantara (Int.)**

Attorney(s) for Government:　Michelle Kane
Attorney(s) for Defendant(s):　John Paul Reichmuth

Interpreter: Carol Glazer
Probation Officer: Emily Libby
Deputy Clerk: Lisa Clark

## PROCEEDINGS

Sentencing - Held

## RESULT OF HEARING

The Court sentences the defendant to 2 years of probation, including 4 months of home confinement and 40 hours of community service. The Court imposes a special assessment of $100, and waives the fine. See judgment for specifics.