UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **CASE NO. CR 15-0130 JD** |
| Plaintiff, | ) **PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) |
| MIGUEL MANRIQUEZ-ALCANTARA, | ) |
| Defendant. | ) |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on March 20, 2015, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. $3,600.00 in cash seized from 800 Davis Street, Apt. 304, San Leandro, California;

b. HP computer, no. 2UA90412H6;

c. Dell laptop, no. HY469A00;

d. Lenovo laptop, no. L3-T5012;

e. 16 GB thumb drive, 16 GB thumb drive Cruzer Glide, 16 GB thumb drive Patriot Memory, 16 thumb drive Sandisk Ultra, (2) 8 GB Cruzer Edge, Misc. thumb drive and 16 GB Kingston thumb drive;

f. Micro Sandisk card reader, micro card reader, and Sandisk 1 GB card;

g. Samsung Galaxy cell phone, no. 323092058797028;

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 13-0184 CW                                                                 1

h. Samsung Galaxy cell phone, no. R31D503KOYZ;

i. AT&T cell phone, no. 9B0418011DBO;

j. Incomplete counterfeit Social Security cards, counterfeit driver's licenses, laminate government seals and compact discs;

k. Fargo Persona C30E card printer, no. B0370875; and

l. Fargo printer cartridges; card stock,

pursuant to Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1028(b).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this  22  day of  September  2015.

_____
JAMES DONATO
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 13-0184 CW                                                    2